# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0252.  STENSON GABLE v. THE STATE.**

The Appellant has filed a motion to remand this case for completion of the record. Specifically, the Appellant seeks to have the transcript from the motion for new trial hearing included in the record. Said motion is hereby GRANTED. When the record has been completed, the clerk of the trial court is directed to transmit the record to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/02/2025*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*